ACCEPTED
12-14-00244-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/29/2014 3:00:19 PM
CATHY LUSK
CLERK

CASE NO. 12-14-00244-CV

TRIAL COURT CASE NO. 28-2014

| | | |
|---|---|---|
| **IN THE MATTER OF THE** | )( | **IN THE COURT OF APPEALS** |
| **ESTATE OF THELMA** | )( | |
| **PAULINE TAYLOR ERWIN,** | )( | **THE TWELFTH APPELLATE** |
| **Deceased,** | )( | **DISTRICT OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/29/2014 3:00:19 PM
CATHY S. LUSK
Clerk

## APPELLANT'S MOTION FOR LEAVE TO

## TO LATE-FILE A MOTION FOR REHEARING

## IN THE ABOVE ENTITLED AND NUMBERED CAUSE

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW, Patricia Branson, Appellant, and files this her Motion for Leave to File Late her Motion For Rehearing initially filed on September 18, 2014, and would show the Court as follows:

**I.**

On December 18, 2014, Appellant e-filed her Motion For Rehearing. The Court did not accept the e-filing for the reason that the Motion contained an Exhibit "A" and Exhibit "B" that were attached as exhibits to said Motion for Rehearing.

**II.**

The Court instructed Appellant to e-file her Motion without separating the Exhibits as attachments. Instead the Exhibits were to be e-filed as part of the Lead Document. It was misunderstood and e-filed as a second Lead Document. This e-filing was not accepted and the Court instructed Appellant to scan the Motion and Exhibits as one document to be e-filed to the Court. The Court likewise instructed the Appellant to file a Motion for Leave to Late File a Motion for Rehearing that was filed, but not accepted on December 18, 2014.

**III.**

Incidentally, the information needed by the Court to consider this Motion For Rehearing has been submitted to the Court by e-filing three times for the Court's acceptance. Before e-filing commenced this paper Motion would have been sent to the Court, filed on December 18, 2014, and ready for the Court's consideration.

WHEREFORE, PREMISES CONSIDERED, Appellant requests leave of Court to file the attached Motion For Rehearing for the Court's consideration.

Respectfully submitted,


\_\_\_\_*/s/ Lawrence L. Beason*_____

Lawrence L. Beason

SBA #01991000

416 N. Pacific Street

Mineola, Texas 75773

Telephone: 903-569-2627

Telefax: 903-569-9674


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was faxed to Steve Stark at fax no. 903-675-6454 on this the 29th day of December, 2014.


\_\_\_\_*/s/  Lawrence L. Beason*_____